UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARREOLA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME MORTGAGE SERVICING, INC., et al., <br><br> Defendants. | Case No.: 1:11-cv-01477  LJO JLT <br><br> ORDER GRANTING STIPULATION TO RESET SETTLEMENT CONFERENCE <br><br> (Doc. 14) |

On April 23, 2012, the parties filed a stipulation requesting the Court reset a settlement conference that had been vacated previously. (Doc. 14)  The parties report that they have exchanged meaningful settlement offers and believe that a settlement conference will likely be fruitful. Id. at 2. Therefore, the Court **ORDERS**:

1. A settlement conference SHALL is scheduled on May 23, 2012 at 1:30 p.m., at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA;

///
///
///
///
///

1

2. The parties SHALL comply with the requirements set forth in the scheduling order related to the settlement conference (Doc. 11 at 5-6).  In addition, each party SHALL attach to the party's confidential settlement conference statement, a copy of the written settlement offer(s) the party has made.

IT IS SO ORDERED.

Dated:   **April 24, 2012**                          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE