# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARREOLA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>        Defendants. | Case No.: 1:11-cv-01477  LJO JLT<br><br>ORDER GRANTING STIPULATION TO RESET SETTLEMENT CONFERENCE<br><br>(Doc. 14) |

On April 23, 2012, the parties filed a stipulation requesting the Court reset a settlement conference that had been vacated previously.  (Doc. 14)  The parties report that they have exchanged meaningful settlement offers and believe that a settlement conference will likely be fruitful. Id. at 2. Therefore, the Court **ORDERS**:

1.   A settlement conference SHALL is scheduled on May 23, 2012 at 1:30 p.m., at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA;

///

///

///

///

///

1

1     2.    The parties SHALL comply with the requirements set forth in the scheduling order related to the settlement conference (Doc. 11 at 5-6). In addition, each party SHALL attach to the party's confidential settlement conference statement, a copy of the written settlement offer(s) the party has made.

IT IS SO ORDERED.

Dated: **April 24, 2012**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE